**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

    **vs.**

**ISAAC W. McCRARY**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:08-CR-157  (GHL)**

_____    Eileen Dorsey Walsh, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __  nolo contendere] as to count(s)__1 as amended on the record. 

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: March 16, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $5.00.  Total amount of the fine and special assessment amounts to $505.00, payable no later than August 15, 2008.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

_____May 15, 2008_____
Date of Imposition of Sentence

_____May 20, 2008_____
DATE SIGNED

George H. Lowe
United States Magistrate Judge